DOMENICA LAWSON *v.* ALAN R. RAPPELT ET AL.
(13225)

FOTI, LAVERY and LANDAU, Js.

Submitted on briefs January 6—decision released January 31, 1995

*Garrett M. Moore* and *Gregory E. O'Brien* filed a brief for the appellant (plaintiff).

*Lois A. Frankforter* filed a brief for the appellees (named defendant et al.).

PER CURIAM. The judgment is affirmed.